Paul D. Kelly, Esquire
Craig Annin & Baxter, LLP
41 Grove Street
Haddonfield, NJ 08033
(856) 795-2220
*Attorneys for Defendants*

| | |
|---|---|
| Montvale Surgical Center, LLC a/s/o S▓▓▓ F▓▓▓▓▓ ; Montvale Health Associates a/s/o S▓▓▓ F▓▓▓▓▓, and In-Balance Health a/s/o S▓▓▓ F▓▓▓▓▓<br><br>Plaintiffs,<br><br>v.<br><br>Aetna Insurance Company; Capital One Bank and ABC Corp. (1-10) (said names being fictitious entities)<br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action: 2:12-cv-03773-CCC-JAD |

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consents to substitution of Edward S. Wardell, Esquire, and Matthew A. Baker, Esquire and Patrick J Murphy III, of the law firm ConnellFoley LLP as the attorneys for Defendant Aetna Insurance Company and Capital One Bank

Dated: ~~October~~ November __, 2012

CONNELLFOLEY, LLP

By: _____
Edward S. Wardell, Esquire
Connell Foley LLP
Superseding Attorneys

CRAIG, ANNIN & BAXTER, LLP

By: _____
Paul D. Kelly, Esquire
Withdrawing Attorney